LARRY W. GABRIEL (State Bar No. 68329)
JENKINS, MULLIGAN & GABRIEL LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099
Email: lgabriel@jmglawoffices.com

STEVEN T. GUBNER (State Bar No. 156593)
ROBYN B. SOKOL (State Bar No. 159506)
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099
Email: sgubner@ebg-law.com
       rsokol@ebg-law.com

Special Litigation Counsel for Plaintiff, the Official
Committee of Unsecured Creditors

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS of the estate of Fitness Holdings International, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>HANCOCK PARK CAPITAL II, LP, a Delaware Limited Partnership, PACIFIC WESTERN BANK, a California state-chartered bank (f/k/a Pacific Western National Bank), KENTON VAN HARTEN, an individual, MICHAEL FOURTICQ, SR., an individual, HANCOCK PARK ASSOCIATES, III, LLC, a Delaware limited liability company, HANCOCK PARK ASSOCIATES, a California limited partnership,<br><br>Defendants. | District Court Case No. CV 10-0647-AG<br><br>Bankruptcy Court Case No. 2:08-bk027527-BR<br><br>Adv. 2:09-ap-01610-BR<br><br>**ORDER REMANDING CASE TO BANKRUPTCY COURT FOR FURTHER PROCEEDINGS** |

This matter came before this court for a status conference subsequent to remand by the United States Court of Appeal for the Ninth Circuit, after the Court of Appeal affirmed in part, reversed in part, and vacated and remanded in part this

Court's Order affirming the bankruptcy court's dismissal of all of the trustee's claims against defendants, under Rule 12(b)(6) of the Federal Rules of Civil Procedure. For purposes of the record, the Court of Appeal's opinion *In re Fitness Holdings Int'l*, No. 11-56677, Slip Op. and its Memorandum of Decision, as corrected, are attached hereto as Exhibits "A" and "B".

After consideration of argument by counsel for the parties, this matter is ordered remanded to the Bankruptcy Court for further proceedings in accordance with the Court of Appeal's decisions.

Dated: June 26, 2013

_____
Andrew J. Guilford
United States District Judge

Approved as to form:

Dated: June 13, 2013

**JENKINS, MULLIGAN & GABRIEL LLP**

By: /s/ Larry W. Gabriel_____
    LARRY W. GABRIEL

**EZRA BRUTZKUS GUBNER LLP**

By: /s/ Robyn B. Sokol_____
    ROBYN B. SOKOL
    Attorneys for Plaintiff